UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.

05 DEC 23 AM 11:07

THOMAS M. GOULD

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 03-10094-T |
| CHARLES WYNN, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE RE-SENTENCING HEARING

For good cause shown, and without objection by the government, the re-sentencing hearing, currently set in this matter for Wednesday, December 28, 2005 at 8:45 a.m., is hereby **RESET** to January 27, 2006 at 8:45 a.m..

It is so **ORDERED**, this the 23rd day of December, 2005.

James D. Todd
HONORABLE JAMES D. TODD
CHIEF U.S. DISTRICT COURT JUDGE

3

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12/28/05__

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:03-CR-10094 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT